Sky Boles
3307 W Echo Ln
PhoenixAZ 85051
(602)638-8350

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 06 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sky Boles,<br>　　　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Attorney;<br>Scottsdale Community College;<br>Keri Diggins;<br>Donna Young;<br>Professor Dennis Arby;<br>Deputy County Attorney Andrew Faas;<br>Maricopa County Attorney Bill Montgomer;<br>Scottsdale Community College Officer Anthony Ortiz;<br>Scottsdale Community College Officer Les Strickland,<br>　　　　　　Defendant(s). | CASE NUMBER:<br><br>CV-18-02142-PHX-SPL<br><br><br>COMPLAINT |

## Jurisdiction

This court has jurisdiction over this matter pursuant to Federal Question §§ 42 U.S.Code 1983, U.S. Constitution Amendments I, V, and VI. The plaintiff is a resident of Phoenix, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of Phoenix, AZ and a citizen of the United States. The defendant, , is a resident of Scottsdale, AZ and a citizen of the United States. The defendant, , is a resident of Scottsdale, AZ and a citizen of the United States. The defendant, , is a resident of Scottsdale, AZ and a citizen of the United States. The defendant, , is a resident of Scottsdale, AZ and a citizen of the United States. The defendant, , is a resident of Mesa, AZ and a citizen of the United States. The defendant, , is a resident of Mesa, AZ and a citizen of the United States. The defendant, , is a resident of Scottsdale, AZ and a citizen of the United States. The defendant, , is a resident of Scottsdale, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

Statement　　　　　　　　　　　　　　　　　of　　　　　　　　　　　　　　　　　Facts

Maricopa Community College District, (the "District"), is goverened by the Maricopa Community Colleges Administrative Regulations, (the "Regulations").  Pursuant to 2.5.2: Student Conduct Code, Article IV: Student Conduct Code Procedures, students are not allowed to be punished without first going through due process, that a student has the right to be notified and to attend a tribunal hearing.  SCC issued a NTO without holding a tribunal, without notifying me that a complaint had been issued, and without any form of due process, in response to hearsay and in violation of my U.S. Constitutional right to free speech pursuant to Amendment 1.

On or near July 05, 2016, I got into a verbal argument with Professor Keri Diggins of Scottsdale Community College.  The argument was relating to Keri Diggins removing me from her class because I did not send a requested email, and this causing my financial aid to be cancelled, and causing me to go into foreclosure as my financial aid had been delayed and I was behind on my home payments.  I argued that Prof. Diggins did not have the right to remove me from her class for this reason and that she was discriminating against me.  After refusing to allow me to remain in her class, Prof. Diggins hung up on me and I attempted to call her back approximately three times to no avail.

Later that evening I had a nightmare related to the stress I was feeling and emailed my Psychology Proffesor Dennis Arby concerning the dream and my feelings about the disquality in the educational system.  Prof. Arby then sent my email to the Scottsdale Community College, (the "SCC"), campus police.

The SCC campus police proceeded to call me multiple times over the course of the next twenty-four hours, had the SCC counseling department contact me two times, the Phoenix Police Department one time, and Terros Crisis Management one time.  I became agrivated by the frequent harrassment from SCC and proceeded to hang up on the SCC Campus Police when they repeatedly called and accused me of threatening Prof. Diggins, which I had not done.

Officers Anthony Ortiz and Les Strickland , proceeded to leave the SCC Campus and travel outside their Jurisdiction to my home in Phoenix, which is approximately 45 minutes away from the SCC campus.  They then attempted to issue a No Trespass Order.  I explained that I did not believe they were real Officers, that the SCC Campus could not issue an NOT to a student who was not on campus, and further without a tribunal process as specified in the District.  I called the Phoenix Police Department to determine their identity and the PPD confirmed that they were Officers with SCC.  I then stated that the Officers still could not lawfully issue an NTO under these circumstances, that I did not understand where their authority to issue would have come from, and shut the door in their face without accepting any paperwork from them.  SCC had issued an NTO for every college campus in the District, although it does not have authority over other campuses.

On or near July 06, 2016, an Officer at MCC issued a report stating I had trespassed on the MCC

campus.  The NTO I was accused of violating was the NTO issued by SCC Officers.  On or near date, I was charged with violating A.R.S. 13-1502 by trespassing at the MCC campus in violation of the order issued by SCC.

On or near July 06, 2016, Donna Young, who is the Interim Vice President for the Dean of Students issued an Administrative hold on my financial aid in violation of the Regulations, which is still in effect to my knowledge.  Donna Young is also the person who requested Officers at SCC issue the NTO.

On or near 09/20/2016, I was charged with A.R.S. 13-1502, by the Maricopa County Attorney's Office in the West Mesa Justice Court in Case No. JC2016-145073.

The complaint was originally issued to the wrong address.  On or near 10/19/2016, a warrant was issued to me by the County of Maricopa in the State of Arizona, for failure to appear at a hearing where I had been charged with trespassing on a Mesa College Campus.

From December 2016 to December 2017, I was required to repeatedly drive and, or hire transportation, and, or hire couriers, and, or mail documents to the West Mesa Justice Court, for the purposes of responding to the charges, until the case was dismissed and transferred to the North Mesa Justice court on or near February 2018 in Case No. JC2018-106798.  The case is being prosecuted by Maricopa County Prosecutor Andrew Faas.

On or near February 2018, I motioned for Dismissal for Failure of Subject Matter Jurisdiction.

On or near June 2018 my motion was dismissed.  On or near May 2018 I motioned for evidence that would prove the NTO had been illegally issued and my motion was Dismissed for lack of relevence.

Pursuant to the U.S. Constitution Amendment V and VI I am entitled to due process of law.  Pursuant to the Regulations 2.5.2, I am entitled to a tribunal hearing before a punishment issued.

## Demand

I request a stay in the current proceedings and damages for intentional infliction of emotional distress in an amount to be determined by the Court at trial. **Damages: $150,000.00** Loss of time, loss of reputation, defamation, loss of enjoyment of life, emotional distress The Plaintiff wants a trial by jury.

Date: 07/06/2018

Signature of Pro Se Plaintiff
Sky Boles
3307 W Echo Ln
Phoenix, AZ 85051
(602)638-8350